UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

    DIANE V. LOFRUMENTO          :  Bankruptcy No.  14-15903REF

        Debtor(s)          :  Chapter 13


<u>PRAECIPE</u>

Please withdraw the Trustee's Motion to Dismiss filed on or about February 8, 2017 at

docket number 77 in the above referenced case.

        Respectfully submitted,


Date:  February 8, 2017                    */s/ Frederick L. Reigle*
        Frederick L. Reigle, Esq.
        Chapter 13 Standing Trustee