*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane V. Lofrumento
    Debtor(s)

Case No: 14–15903–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge to consider:

*** RESCHEDULED HEARING ***

Motion for Relief from Stay re: 405 Fullerton Avenue, Whitehall, PA 18052 Filed by MidFirst Bank Represented by DENISE ELIZABETH CARLON (Counsel).

on: 3/21/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 3/6/17

Timothy B. McGrath
Clerk of Court

80 – 73
Form 167