United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15903-ref
Diane V. Lofrumento                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Mar 06, 2017
                              Form ID: 167          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
db            +Diane V. Lofrumento,   405 Fullerton Avenue,   Whitehall, PA 18052-6813
sp            +Edith C. Rysdyke,   Scherline & Associates,   512 W. Wlanut Street,   Allentown, PA 18101-2393
sp            +Gregory L. Schell, Esquire,   230 S. Broad St., Ste. 1050,   Philadelphia, PA 19102-4105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor    CitiMortgage, Inc paeb@fedphe.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    CitiMortgage, Inc paeb@fedphe.com
          JOHN EVERETT COOK    on behalf of Debtor Diane V. Lofrumento bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane V. Lofrumento
      Debtor(s)

Case No: 14–15903–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*\* RESCHEDULED HEARING \*\*\*

Motion for Relief from Stay re: 405 Fullerton Avenue, Whitehall,
PA 18052 Filed by MidFirst Bank Represented by DENISE
ELIZABETH CARLON (Counsel).

      on: 3/21/17

      at: 09:30 AM

      in: Courtroom 1, Third Floor, The Madison, 400
Washington Street, Reading, PA 19601

For The Court

Date:  3/6/17

Timothy B. McGrath
Clerk of Court

80 – 73
Form 167