## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Diane V. Lofrumento              :    NO. 14-15903 ref
         Debtor.                         :    CHAPTER 13

### ADDENDUM TO CHAPTER 13 PLAN DATED APRIL 14, 2017

Debtor's Amended Plan dated April 14, 2017, is here by amended, as follows:

1(a)   Debtor shall pay $544.61 per month to the Chapter 13 Trustee for 33 months followed by $1,123.51 for 27 months; followed by $1,581.55 for 1 month.

1(d)   Total amount to be paid to Trustee shall be not less than $48,764.94; and


Dated:5/1/17                           /s/ Diane V. Lofrumento
_____                Signature of Debtor


/s/Everett Cook
_____
Signature of Attorney