**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Diane V. Lofrumento          :    NO. 14-15903 ref
              Debtor.          :    CHAPTER 13

**AMENDED ADDENDUM TO CHAPTER 13 PLAN DATED APRIL 14, 2017**

Debtor's Amended Plan dated April 14, 2017, is here by amended, as follows:

1(a)   Debtor shall pay $544.61 per month to the Chapter 13 Trustee for 33 months followed by $1,123.51 for 26 months; followed by $1,581.55 for 1 month.

1(d)   Total amount to be paid to Trustee shall be not less than $48,764.94; and

Dated:5/1/17                                   /s/ Diane V. Lofrumento
                                               Signature of Debtor

/s/Everett Cook
Signature of Attorney