UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Diane V. Lofrumento | : | |
|       Debtor | : | Bankruptcy Case No.: 14-15903 ref |
| | : | |

## CERTIFICATE OF NO RESPONSE
## TO MOTION TO MODIFY PLAN POST-CONFIRMATION

I, Everett Cook, Esquire, counsel for the Debtor, hereby certifies that on April 14, 2017 a Motion to Modify Plan Post-Confirmation was served upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**DENISE ELIZABETH CARLON**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**WILLIAM EDWARD CRAIG**
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown, NJ 08057

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**JEREMY JOHN KOBESKI**
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

**THOMAS I. PULEO**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**JOSEPH PATRICK SCHALK**
Barley Snyder
126 East King Street
Lancaster, PA 17602

**ANDREW SPIVACK**
Phelan Hallinan & Schmieg, LLP
One Penn Center at Suburban Station
16 & JFK Blvd, Suite 1400
Philadelphia, PA 19103

**MATTEO SAMUEL WEINER**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

The above-named have failed to file on or before May 2, 2017 (18 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 5/3/17                    Signed:/s/ Everett Cook
                                 By: Everett Cook, Esq.
                                 The Law Offices of Everett Cook, P.C.
                                 2309 Macarthur Road
                                 Whitehall, PA, 18052
                                 610.351.3566

                                 610.351.3556 FAX

Label Matrix for local noticing
0313-4
Case 14-15903-ref
Eastern District of Pennsylvania
Reading
Thu Apr 13 16:43:13 EDT 2017

CitiMortgage, Inc
P.O. Box 6030
Sioux Falls, SD 57117-6030

Santander Consumer USA Inc.
P.O. Box 660633
Dallas, TX 75266-0633

Synchrony Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

CitiMortgage, Inc
P.O. Box 688971
Des Moines, IA 50368-8971

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

Citimortgage, Inc.
c/o Jeremy J. Kobeski, Esq.
1617 JFK Boulevard, Ste 1400
One Penn Center Plaza
Philadelphia, PA 19103-1823

Comenity Capital/hsn
995 W 122nd Ave
Westminster, CO 80234-3417

MidFirst Bank
999 NW Grand Blvd, Suite 100
Oklahoma City, OK 73118-6051

MidFirst Bank
c/o Joshua L. Goldman, Esq.
KML Law Group, PAQ
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

MidFirst Bank
c/o Thomas Puleo, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Santander Bank Na
865 Brook St
Rocky Hill, CT 06067-3444

Santander Bank, N.A.
601 Penn St
10-6438-FB7
Reading, PA 19601-3544

Santander Consumer USA Inc.
P. O. Box 560284
Dallas TX 75356-0284

Santander Consumer USA Inc.
c/o William E. Craig, Esq.
110 Marter Avenue, Suite 301
Moorestown, NJ 08057-3124

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Syncb/sams Club
Po Box 965005
Orlando, FL 32896-5005

The Law Offices of Everett Cook, P.C.
2747 Macarthur Road
Whitehall, PA 18052-3632

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Wf Crd Svc
3201 N 4th Ave
Sioux Falls, SD 57104-0700

Diane V. Lofrumento
405 Fullerton Avenue
Whitehall, PA 18052-6813

Edith C. Rysdyke
Scherline & Associates
512 W. Wlanut Street
Allentown, PA 18101-2393

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606-0410

Gregory L. Schell, Esquire
230 S. Broad St., Ste. 1050
Philadelphia, PA 19102-4105

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052-4523

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA  23285

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MidFirst Bank

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30