**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Diane V. Lofrumento** | : | |
| **Debtor** | : | **Bankruptcy Case No.: 14-15903 ref** |
| | : | |

### ORDER

AND NOW, after notice and/or hearing on Debtors' Motion to Modify Plan Post Confirmation, the following is Ordered and Decreed:

1. The Modified Post Confirmation Chapter 13 Plan dated April 14, 2017, is confirmed.

**Date: May 5, 2017**

SO ORDERED
BY THE COURT:

_____
Richard E. Fehling
U. S. Bankruptcy Judge