UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DIANE V. LOFRUMENTO
                                                     : Bankruptcy No. 14-15903REF
        Debtor(s)                     : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 31, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL PA 18052-

DIANE V. LOFRUMENTO
405 FULLERTON AVENUE
WHITEHALL,PA.18052