United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15903-ref
Diane V. Lofrumento                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Angela            Page 1 of 2            Date Rcvd: Aug 31, 2017
                            Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db             +Diane V. Lofrumento,    405 Fullerton Avenue,    Whitehall, PA 18052-6813
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              CitiMortgage, Inc,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
sp             +Edith C. Rysdyke,    Scherline & Associates,    512 W. Wlanut Street,    Allentown, PA 18101-2393
sp             +Gregory L. Schell, Esquire,    230 S. Broad St., Ste. 1050,    Philadelphia, PA 19102-4105
cr             +Santander Consumer USA Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13353263      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
13425543        CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13353264       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13651560       +Citimortgage, Inc.,    c/o Jeremy J. Kobeski, Esq.,    1617 JFK Boulevard, Ste 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103-1823
13353265       +Comenity Capital/hsn,    995 W 122nd Ave,    Westminster, CO 80234-3417
13687932       +MidFirst Bank,    c/o Joshua L. Goldman, Esq.,    KML Law Group, PAQ,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839495       +MidFirst Bank,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13708707       +MidFirst Bank,    999 NW Grand Blvd, Suite 100,    Oklahoma City, OK 73118-6051
13353266       +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
13361867       +Santander Bank, N.A.,    601 Penn St,    10-6438-FB7,    Reading, PA 19601-3544
13575577       +Santander Consumer USA Inc.,    c/o William E. Craig, Esq.,    110 Marter Avenue, Suite 301,
                 Mooretown, NJ 08057-3124
13389995        Santander Consumer USA Inc.,    P. O. Box 560284,    Dallas TX 75356-0284
13353267       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13353269       +Wf Crd Svc,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Sep 01 2017 02:13:38     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:13     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13420298        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13426537        E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2017 02:12:59
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13385839        E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2017 02:09:15
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13353268       +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:13     Syncb/sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13511477       ##+The Law Offices of Everett Cook, P.C.,    2747 Macarthur Road,    Whitehall, PA 18052-3632
                                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Angela              Page 2 of 2                   Date Rcvd: Aug 31, 2017
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, Inc paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    CitiMortgage, Inc paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Diane V. Lofrumento bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DIANE V. LOFRUMENTO
                                                    : Bankruptcy No. 14-15903REF
         Debtor(s)                                  : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: August 31, 2017**
                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL PA 18052-

DIANE V. LOFRUMENTO
405 FULLERTON AVENUE
WHITEHALL,PA.18052